IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

MARKIEE Q JONES,                    )
                                    )
    Plaintiff,                      )
                                    )
    v.                              )          CV 325-088
                                    )
HAROLD D. MCLENDON and WILLIAM      )
DAVIS HEWITT,                       )
                                    )
    Defendants.                     )

---

**ORDER**

---

Plaintiff, incarcerated at Hancock State Prison, is proceeding *pro se* and *in forma pauperis* ("IFP") in this case filed pursuant to 42 U.S.C. § 1983, concerning events alleged to have occurred in Emanuel County, Georgia.  The matter is now before the Court on Plaintiff's request to voluntarily dismiss his case. (Doc. no. 17.)  As no Defendant has filed an answer or a motion for summary judgment, according to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss his case without an Order from the Court.  Therefore, the Court **DIRECTS** the Clerk to **DISMISS** this civil action without prejudice and terminate all pending motions and deadlines.

SO ORDERED this 30th day of April, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA